UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-23697-KMM

JOSE RAFAEL GONZÁLEZ OLLARVES,

Plaintiff,

vs.

LEANDRO AÑEZ, CRIB MUSIC, LLC,
ANA GONZÁLEZ AND INNERCAT
MUSIC GROUP, LLC,
Defendants.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Jose Rafael González Ollarves ("Plaintiff"), together with Defendants, Leandro Añez, Crib Music, LLC, Ana González, and Innercat Music Group, LLC ("Defendants") (collectively the "Parties"), by and through their respective undersigned counsel, hereby notify the Court that the Parties have entered into a written settlement agreement ("Settlement Agreement") and stipulate to dismissal under Rule 41(a)(1)(A)(ii) and agree as follows, in accordance with the Settlement Agreement:

1. This action shall be dismissed with prejudice with each Party to bear their own respective attorney's fees and costs in this lawsuit.

2. The Parties request that the Honorable Judge K. Michael Moore, United States District Court, Southern District of Florida, retain jurisdiction to enforce the Settlement Agreement, if necessary.

3. The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the Parties' Settlement Agreement. *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

WHEREFORE, the Parties respectfully request the Court enter an Order of Dismissal dismissing this case with prejudice, reserving jurisdiction to enforce the terms of the Parties' Settlement Agreement, and granting such other and further relief this Court deems just and proper.

DATE:  July 24, 2023                                          Respectfully submitted,

| **MARK MIGDAL & HAYDEN**<br>80 S.W. 8th Street, Suite 1999<br>Miami, Florida 33130<br>Telephone: (305) 374-0440<br><br>By: *s/ Darci Cohen*<br>Etan Mark, Esq.<br>Florida Bar No. 720852<br>Darci E. Cohen, Esq.<br>Florida Bar No. 90971<br>etan@markmigdal.com<br>darci@markmigdal.com<br>eservice@markmigdal.com | **WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.**<br>2800 Ponce de Leon Blvd. Suite 1200<br>Coral Gables FL 33134<br>T: 305-854-0800<br>F: 305-854-2323<br><br>By:   */s/ Richard Rosengarten*<br>Alan K. Fertel<br>Florida Bar No. 435066<br>Primary e-mail: afertel@wsh-law.com<br>Secondary e-mail: isevilla@wsh-law.com<br>Richard B. Rosengarten<br>Florida Bar No. 0106169<br>Primary e-mail: rrosengarten@wsh-law.com<br>Secondary e-mail: szavala@wsh-law.com |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document (including any attached exhibits and documents) electronically on the Court's CM/ECF docket on July 24, 2023, which served same electronically upon all counsel of record.

By: *s/ Darci Cohen*
Darci Cohen, Esq.