UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:22-cv-23697-KMM

JOSE RAFAEL GONZÁLEZ OLLARVES,

Plaintiff,

vs.

LEANDRO AÑEZ, CRIB MUSIC, LLC,
ANA GONZÁLEZ AND INNERCAT
MUSIC GROUP, LLC,
Defendants.
_____/

## *PROPOSED* ORDER APPROVING STIPULATION OF DISMISSAL

THIS CAUSE, having come before this Court upon the Joint Stipulation for Dismissal with Prejudice ("Stipulation") [D.E. __] and the Court having reviewed the file and the pleadings, and being fully advised in the premises, it is hereby ORDERED and ADJUDGED that:

1. The Stipulation [DE __] is hereby **APPROVED**;

2. The case is **DIMISSED with prejudice**, with each party to bear its own costs and fees except as otherwise agreed;

3. The Court retains jurisdiction for the sole purpose of enforcing the settlement agreement;

4. The Clerk is directed to **CLOSE** this case and **DENY as moot** any pending motions.

**DONE and ORDERED** in Chambers at Miami, Florida, this __ day of July 2023.

_____
JUDGE K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF